MAXINE R. STANSELL, WA Bar No. 9418
mstansell@ftc.gov
SARAH A. SHIFLEY, WA Bar No. 39394
sshifley@ftc.gov
Federal Trade Commission
915 2nd Ave., Suite 2896, Seattle, WA 98174
(206) 220-4474 (Stansell); (206) 220-4475 (Shifley)
(206) 220-6366 (fax)
LOCAL COUNSEL
MARICELA SEGURA, CA Bar No. 225999
msegura@ftc.gov
10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024
(310) 824-4343 (phone)
(310) 824-4330 (fax)
ATTORNEYS FOR PLAINTIFF FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TELESTAR CONSULTING, INC., also d/b/a Kleritec and United Business Supply; and KARL WESLEY ANGEL, individually and as a principal of Telestar Consulting, Inc.,<br><br>Defendants. | No. CV-16-00555 SJO (SSx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER RE CONSUMER COMPLAINTS |

The stipulation of Plaintiff, Federal Trade Commission ("FTC"), and

Defendants, Telestar Consulting, Inc. and Karl Wesley Angel (collectively

FTC v. Telestar Consulting, Inc. et al.
[Proposed] Protective Order                    1

Federal Trade Commission
915 2nd Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

"Defendants"), came before this Court, and pursuant to that stipulation the Court enters the following order.

**IT IS HEREBY ORDERED** that:

1.      The FTC shall produce to Defendants BBB and Sentinel complaints, including complaints that contain information subject to redaction under L.R. 5.2-1 and protected personal data identifiers.

2.      Nothing in this Order shall waive any privileges or exemption from disclosure under applicable law, rule, or order, or constitute a waiver by Defendants of their right to contest the admissibility of the BBB and Sentinel complaints.

3.      If Defendants or their attorneys file any of the BBB or Sentinel complaints containing information subject to redaction under L.R. 5.2-1, they shall ensure that these documents are properly redacted or filed under seal.

4.      During the pendency of this litigation, counsel for the Defendants shall take steps to safeguard BBB and Sentinel complaint information subject to redaction under L.R. 5.2-1 from disclosure to third parties.  In particular, Defendants shall not disclose any personal financial information or personal data identifiers contained in the BBB or Sentinel complaints to anyone other than their attorneys or others assisting with Defendants' defense of this action.  Defendants shall not use any information subject to redaction under L.R. 5.2-1, including protected personal data identifiers, for any other purpose.

5.      If Defendants or their attorneys disseminate any of the BBB or Sentinel complaints containing information subject to redaction under L.R. 5.2-1 to any third party, or cause any of these documents to be disclosed in a public record, they shall ensure that these documents are redacted to the same extent they would be required to be redacted under L.R. 5.2-1 if filed in Court.

1    6.    To ensure that information subject to redaction under L.R. 5.2-1,

2  including personal data identifiers, is not inadvertently or impermissibly disclosed,

3  Defendants and their attorneys shall destroy all copies of BBB and Sentinel

4  complaints at the conclusion of this litigation.

5      **IT IS SO ORDERED.**

6

7

8  DATED: ~~September~~ 3, 2016

9

10

11      HONORABLE S. JAMES OTERO

12      United States District Judge

13      Suzanne H. Segal
         U.S. Magistrate Judge

14

15

16      All future discovery filings shall

17      include the following language

         on the caption:

18      "[Referred to Magistrate Judge
         Suzanne H. Segal]"

19

20

21

22

23

24

25

26

27

28